# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JOHN PETERSON JANVIER,

    **Plaintiff,**

v.                                      Case No. 6:17-cv-843-Orl-18DCI

ORANGE COUNTY SHERIFF'S
OFFICE and NINTH CIRCUIT STATE
ATTORNEY OFFICE,

    **Defendant.**

## ORDER

THIS CAUSE comes for consideration on Plaintiff John Peterson Janvier's Motion for Leave to Proceed in Forma Pauperis (Doc. 2), which the Court referred to United States Magistrate Judge Daniel C. Irick for a Report and Recommendation.

On May 15, 2017, the Magistrate Judge issued a Report and Recommendation (Doc. 3). Having reviewed the Report and Recommendation (Doc. 3) and there being no timely objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 3) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff John Peterson Janvier's Motion to Proceed in Forma Pauperis (Doc. 2) is **DENIED**;

3. Plaintiff John Peterson Janvier's Complaint (Doc. 1) is **DISMISSED**;

4. The Clerk of Court is directed to **CLOSE** the case and to send a copy of this Order to Plaintiff John Peterson Janvier by regular and certified mail.

**DONE** and **ORDERED** in Orlando, Florida on this 9 day of June, 2017.

_____
G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party